ams

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. 99-40091-JAR |
| PAUL EDWARD DAVIS, | ) |
| Defendant. | ) |

## ORDER

Before the Court is defendant Paul Edward Davis' *pro se* Motion under Rule 22 and Forma Pauperis Motion for Relief Under Newly Revised Retro Crack Law 1 and 18 (Doc. 125). Defendant's motion refers to the Fair Sentencing Act of 2010,[1] which reduces the sentencing ratio between crack and powder cocaine offenses from 100:1 to 18:1. But this statute contains no statement that it is intended to have retroactive effect, and the Tenth Circuit has recently observed that it is not retroactive.[2] Therefore, this statute does not apply to defendant's case because his crimes were committed before its enactment and defendant is not entitled to relief.

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's motion (Doc. 125) is **denied**.

**IT IS SO ORDERED.**

---

[1] Pub. L. 111-220, 124 Stat. 2372 (Aug. 3, 2010).

[2] *United States v. Lewis*, –F.3d–, 2010 WL 4262020, at *3 (10th Cir. Oct. 29, 2010).

1

Dated: November 12, 2010

 S/ Julie A. Robinson 
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE